UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVOLUTION FAST FOOD GENERAL PARTNERSHIP,

                              Plaintiff,

                -v-

HVFG, LLC et al.,

                              Defendants,

15 Civ. 6624 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On May 24, 2018, the Court, per the Hon. Deborah A. Batts, stayed this case. Dkt. 73. In doing so, the Court noted that plaintiff could file an amended complaint depending on the outcome of cases pending in the Supreme Court and the Ninth Circuit involving the same California statute at issue here. Dkt. 73. The Court also noted that a voluntary dismissal would be appropriate if those cases were to uphold that law. Dkt. 73. On February 20, 2020, following Judge Batts's death, this case was reassigned to this judge.

      The parties have not provided updates on this case since March 8, 2019. The Court accordingly directs that the parties submit, by Friday, September 23, 2022, either a proposed order voluntarily dismissing this case, or, if there is a basis for this litigation to continue, a joint letter setting out the parties' views as to a schedule for, and next steps in, this matter.

      SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: September 16, 2022
          New York, New York