UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVOLUTION FAST FOOD GENERAL PATERNSHIP, a California general partnership,<br><br>        Plaintiff,<br><br>  -against-<br><br>HVFG, LLC, a New York limited liability company, and LA BELLE FARM, INC., a New York corporation,<br><br>        Defendants. | 15-CV-06624 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' letters, dated October 4 and 5, 2022, filed in response to the Court's September 20, 2022 Reassignment Order, as well as the Objection filed by Plaintiff.  ECF Nos. 81-83.

  IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on October 26, 2022, at 3:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

  Dated: October 6, 2022
       New York, New York

                          SO ORDERED.

                          *Jennifer Rochon*
                          JENNIFER L. ROCHON
                          United States District Judge