UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVOLUTION FAST FOOD GENERAL PATERNSHIP, a California general partnership,<br><br>       Plaintiff,<br><br>   -against-<br><br>HVFG, LLC, a New York limited liability company, and LA BELLE FARM, INC., a New York corporation,<br><br>       Defendants. | 15-CV-06624 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  IT IS HEREBY ORDERED that at the request of Plaintiff the Court shall adjourn the October 26, 2022 conference.  Instead, the parties shall appear for a pretrial conference on November 10, 2022, at 11:00 a.m. via video.  In light of the change to video conference, the parties shall review Section 2B of the Court's Individual Rules of Practice in Civil Cases.

  The Court denies Plaintiff's request to respond to Defendants' letter.  The Court has sufficient correspondence from the parties at this time.

Dated: October 12, 2022
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge