UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVOLUTION FAST FOOD GENERAL PATERNSHIP, a California general partnership,<br><br>       Plaintiff,<br><br>  -against-<br><br>HVFG, LLC, a New York limited liability company, and LA BELLE FARM, INC., a New York corporation,<br><br>       Defendants. | 15-CV-06624 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

As stated on the record during the November 10, 222 conference, the stay is LIFTED.

The Court will so order a discovery schedule in an order to follow and this case will be referred to the Honorable James L. Cott for general pre-trial purposes.

Dated: November 14, 2022
   New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge