**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
EVOLUTION FAST FOOD ONE, LP,

                        Plaintiff,

-against-                                15 **CIVIL** 6624 (JLR)

                                                            **JUDGMENT**

HVFG, LLC and LA BELLE FARM, INC.,

                        Defendant.
----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 11, 2024, Defendants' motion to dismiss is GRANTED. Plaintiff's Second Amended Complaint is DISMISSED without prejudice and without leave to amend. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 11, 2024

                                                               **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                               **BY:**
                                                                     **Deputy Clerk**